**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6177**

JAMES LEWIS SANFORD,

            Plaintiff - Appellant,

      v.

WARDEN KENNETH LASSITER; MANAGER MARSHALL PIKE; LT. LAWRANCE;
LT. SHELTON; LT. BLANKS; OFFICER SLABACH,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:13-ct-03138-BO)

Submitted:  July 21, 2015              Decided:  July 23, 2015

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Lewis Sanford, Appellant Pro Se.   Jodi Harrison, NORTH
CAROLINA DEPARTMENT OF PUBLIC SAFETY, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lewis Sanford appeals the district court's order granting summary judgment to the defendants in his 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sanford v. Lassiter, No. 5:13-ct-03138-BO (E.D.N.C. Jan. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED